# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br>   NICHOLS, SAMMIE C., JR. | Case No. 05-58183<br><br>Chapter 7 -- Liquidation |
| FREDRICH J. CRUSE, Trustee,<br><br>   Plaintiff,<br>vs.<br><br>NICHOLS, SAMMIE C., JR.<br>       Defendants | Adversary No.: 08-04007 |

### CONSENT ORDER

The Trustee's Complaint to Revoke Debtors Discharge Pursuant to 11 U.S.C. §727, coming on for hearing; Trustee and Defendant having reached an agreement, it is therefore

**ORDERED, ADJUDGED AND DECREED** that the Defendant is to turn over to the Trustee the sum of $3539.88 to the estate in the following manner: $300.00 per month beginning upon the entry of this Order and to be received on the 30th of month thereafter until the $3539.88 is paid in full, **IT HEREBY FURTHER ORDERED THAT** If the Debtor does not pay as agreed, Debtor agrees that, after a ten (10) day notice, filed with the court and sent to the Debtor, if the Debtor fails to pay the full balance due to the Trustee, the Debtor's discharge will be set aside.

_____
Sammie Nichols, Debtor

_____
Fredrich J. Cruse, Trustee

DATED: 4-18-08

_____
~~Barry~~ S. Schermer
UNITED STATES BANKRUPTCY JUDGE
4-29-08

COPIES MAILED TO:

Copies mailed to:

Fredrich J. Cruse
The Cruse Law Firm PC
PO Box 914
Hannibal, MO 63401
PLAINTIFF/CHAPTER 7 TRUSTEE

Sammie C. Nichols, Jr.
1525 Cargill Dr.
St. Louis, MO 63136
DEFENDANT/DEBTOR

James Clifton Robinson
Critique Services
4144 Lindell, Ste B-100
St. Louis, MO 63108
ATTORNEY FOR DEBTOR

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102